# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>        Plaintiff,<br><br>    v.<br><br>TAYLOR, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01681 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(Document 5) |

Plaintiff Jonathan W. Mundo ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on November 5, 2015.  His complaint is awaiting screening.

On November 16, 2015, Plaintiff filed a motion for leave to file an amended complaint.  At this point in the litigation, Plaintiff does not need leave of Court to file an amended complaint.  Accordingly, his motion is DENIED AS MOOT.

IT IS SO ORDERED.

    Dated:    **November 17, 2015**              /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

1