UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE MUNDO,<br><br>                Plaintiff,<br><br>    v.<br><br>A. TAYLOR, et al.,<br><br>                Defendants. | 1:15-cv-01681-DAD-GSA-PC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR COPIES (ECF No. 43.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF:**<br><br>    **(1) FIFTH AMENDED COMPLAINT (ECF No. 32.)**<br><br>    **AND**<br><br>    **(2) DOCKET SHEET** |

**I.    BACKGROUND**

Jonathan W. Mundo ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983, filed on November 5, 2015. This case now proceeds with the Fifth Amended Complaint filed on June 15, 2016, against defendants A. Taylor (Pleasant Valley State Prison Classification Staff Representative), F. Salgado (Centinela State Prison ("CEN") Correctional Counselor), Raybon (CEN Correctional Counselor), and Arias (CEN Facility Captain). (ECF No. 32.)

On March 10, 2017, Plaintiff filed a request for copies. (ECF No. 43.)

1

## II. REQUEST FOR COPIES

Plaintiff has requested copies of his Fifth Amended Complaint and "the most recent filed pleading insofar that one was filed after Magistrate Austin was assigned to the above case." (ECF No. 1.) Plaintiff indicates that he was extradited from a prison in California to a prison in Nevada, and he was not allowed to bring all of his legal property.

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the court. However, in this instance, Plaintiff has shown good cause for the court to send him a courtesy copy of his Fifth Amended Complaint. Besides the Fifth Amended Complaint, it is not clear from Plaintiff's request what other document he is requesting. Therefore, the court shall also send Plaintiff a copy of the current docket sheet of this case for his review.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies, filed on March 10, 2017, is GRANTED in part; and

2. The Clerk is DIRECTED to send Plaintiff copies of:

    (1) Fifth Amended Complaint filed on June 15, 2016 (ECF No. 32),

    and

    (2) Current Docket Sheet for this case.

IT IS SO ORDERED.

Dated: **September 27, 2017**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE