UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>        Plaintiff,<br><br>   v.<br><br>A. TAYLOR, et al.,<br><br>        Defendants. | No. 1:15-cv-01681-DAD-GSA<br><br>ORDER DISMISSING ACTION WITHOUT PREJDICE<br><br>(Doc. No. 56) |

    The court construes plaintiff's motion to voluntarily dismiss this case (Doc. No. 56) as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). In light of plaintiff's motion and given defendants' statement of non-opposition (Doc. No. 57), the court will grant plaintiff's motion for dismissal without prejudice. Each party is to bear his own costs, fees, or expenses. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 29, 2018**          /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE